**IT IS ORDERED as set forth below:**

**Date: December 21, 2020**

Edward J. Coleman, III
Chief United States Bankruptcy Court Judge

---

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| In Re: | Chapter 13 Case No. 16-40891-EJC |
|---|---|
| Herbert Smith, <br><br> Debtor | |

## ORDER

The Debtor has moved the Court to approve the settlement of their personal injury claim for $15,427.00.

The Debtor has further moved that the Court approve a fee in the amount of $5,090.91 for their attorney, Dwight T. Feemster. Of that amount $350.00 is being paid to Gastin & Hill for the drafting and prosecution of the Motion to Approve Settlement. Gastin & Hill's fee is not charged to the Debtor. The case costs and expenses incurred in prosecuting the case, and for which Debtor is responsible, total $460.59. The medical bills and liens to be satisfied from the settlement proceeds total $1,584.68.

The Debtor further moves that the Court permit them to retain the net settlement proceeds in the amount of $8,290.82, having claimed said funds entirely exempt under state law. After notice and hearing;

It is hereby ORDERED that the motion is granted.

[END OF DOCUMENT]

Prepared By:
s/ Jeremiah B. Gastin
Jeremiah B. Gastin
Attorney for Debtor(s)
GA Bar 705768
Gastin & Hill
P. O. Box 8012
Savannah, GA 31412
(912) 232-0203
bankruptcy@gastinhill.com